No. 18. Ex PARTE MARTÍN.—Solicitud para que se expida auto de *habeas corpus*. Resuelto en agosto 17, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. Massari.* Abogado de la parte contraria: *Sr. Hutchinson.*

---

No. 5. EL PUEBLO *v.* HERNÁNDEZ ET AL.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se apruebe el pliego de excepciones. Resuelto en agosto 27 de 1907. Aprobado el pliego de excepciones. Abogado del acusado promovente: *Sr. José Guzmán Benítez.* Abogado de la parte contraria: *Sr. Rossy, Fiscal.*

---

No. 19. Ex PARTE ACOSTA ET AL.—Solicitud para que se expida auto de *habeas corpus*. Resuelto en septiembre 5, 1907. Denegada la solicitud. Abogado de los peticionarios: *Sr. Pérez Moris.* Abogado de la parte contraria: *El Attorney General.*

---

No. 20. Ex PARTE OQUENDO ET AL.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en septiembre 14, 1907. Denegada la solicitud. Abogado de los peticionarios: *Sr. Márquez.*

---

No. 138. SANDOVAL *v.* ROIG.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Sin lugar la moción. Abogado del promovente: *Sr. Cayetano Coll Cuchí.* Abogado de la parte contraria: *Sr. Hernández López.*

---

No. 167. RUBERT HERMANOS v. LÓPEZ ET AL.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907.